STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Assistant United States Attorney
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    150 Almaden Blvd., Suite 900
    San Jose, CA  95113
    Telephone:  (408) 535-5044
    Fax:  (408) 535-5081
    Email:  james.scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCAS KRAMER,<br><br>               Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>               Defendant. | CASE NO. 20-03843 EJD<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT |

    The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE entered into by the parties in this action.

|||
|---|---|
| | STEPHANIE M. HINDS<br>Acting United States Attorney |
| Dated:  September 27, 2021 | */s/ James A. Scharf*<br>JAMES A. SCHARF<br>Assistant United States Attorney<br>Attorneys for Defendant<br>United States of America |
| Dated:  September 27, 2021 | */s/ Josh Poulsen*<br>JOSH POULSEN<br>Attorney for Plaintiff |

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT
CASE NO. 20-03843 EJD

2